Case 05-63709   Doc 28   Filed 01/29/09   Entered 01/29/09 11:37:51   Desc   Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ridley, Karlotta | Case Number: 05 B 63709 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 01/29/09 | Filed: 12/1/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed - No Disch:  January 22, 2009
Confirmed:   January 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,680.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,962.57 |
| Priority: | | 415.18 |
| Administrative: | | 2,039.00 |
| Trustee Fee: | | 263.25 |
| Other Funds: | | 0.00 |
| Totals: | 4,680.00 | 4,680.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,039.00 | 2,039.00 |
| 2. | Internal Revenue Service | Priority | 415.18 | 415.18 |
| 3. | RoundUp Funding LLC | Unsecured | 162.06 | 521.10 |
| 4. | Jefferson Capital | Unsecured | 94.44 | 303.62 |
| 5. | Premier Bankcard | Unsecured | 41.90 | 134.70 |
| 6. | Worldwide Asset Purchasing LLC | Unsecured | 14.93 | 47.99 |
| 7. | First Consumers National Bank | Unsecured | 82.81 | 266.20 |
| 8. | Seventh Avenue | Unsecured | 7.23 | 23.25 |
| 9. | Crossing Pointe | Unsecured | 19.00 | 0.00 |
| 10. | Capital One | Unsecured | 185.87 | 597.70 |
| 11. | Ginny's | Unsecured | 21.15 | 68.01 |
| 12. | Drs. Goot & Robinson | Unsecured | | No Claim Filed |
| 13. | CBCS | Unsecured | | No Claim Filed |
| 14. | Certified Services | Unsecured | | No Claim Filed |
| 15. | Finger Furniture | Unsecured | | No Claim Filed |
| 16. | MRC Receivables Corp | Unsecured | | No Claim Filed |
| 17. | Medical Building Bureau | Unsecured | | No Claim Filed |
| 18. | SBC | Unsecured | | No Claim Filed |
| 19. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 20. | Park Dansan | Unsecured | | No Claim Filed |
| 21. | The Bureau Inc | Unsecured | | No Claim Filed |
| 22. | ADT Security Systems | Unsecured | | No Claim Filed |
| | | | $ 3,083.57 | $ 4,416.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ridley, Karlotta

Printed: 01/29/09

Case Number:  05 B 63709
Judge: Hollis, Pamela S
Filed:  12/1/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 42.89 |
| 5% | 18.99 |
| 4.8% | 19.66 |
| 5.4% | 102.20 |
| 6.5% | 57.13 |
| 6.6% | 22.38 |
|  | $ 263.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

